CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/29/2025
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Lynchburg Division)

| | |
|---|---|
| SARAH BROGGIN, <br><br> *Plaintiff,* <br><br> v. <br><br> ATLANTIC HOUSING FOUNDATION, INC. D/B/A WATERS AT JAMES CROSSING APARTMENTS AND ATLANTIC HOUSING MANAGEMENT, LLC AND YVONNE BAXTER, INDIVIDUALLY AND AS AGENT TO WATERS AT JAMES CROSSING APARTMENTS <br><br> *Defendants.* | CASE NO. 6:25-CV-00013 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

Plaintiff Sarah Broggin alleges that Atlantic Housing Foundation Inc., Atlantic Housing Management LLC, and Yvonne Baxter were negligent *per se* for her personal injuries and property damage that occurred at her rental property in Lynchburg, Virginia. Dkt. 1-3. Defendants Atlantic Housing Foundation Inc. and Atlantic Housing Management LLC move to dismiss Broggin's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), arguing that she states no claim for relief. Dkt. 4. For the reasons set forth in the Court's accompanying memorandum opinion, the Defendants' motion is **GRANTED.**

The Clerk of Court is directed to send a copy of this Order to all counsel of record.

Entered this __29th__ day of August, 2025.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE